**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**KEITH AARON BUCHHEIT**　　　　　　　　　　　　　　　　　**PETITIONER**

**V.**　　　　　　**CASE NO. 5:02CV00139 JMM**

**UNITED STATES OF AMERICA**　　　　　　　　　　　　　　　**RESPONDENT**

## ORDER

　　Petitioner has moved for a certificate of appealability.  For this Court to grant a certificate of appealability, the petitioners must make a "substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2); *Tiedeman v. Benson*, 122 F.3d 518 (8th Cir. 1997).  A "substantial showing" is one in which a petitioner demonstrates that his "'issues are debatable among jurists of reason; that a court could resolve the issues [in a different manner]; or that the questions are adequate to deserve encouragement to proceed further.'"  *Randolph v. Kemna,* 276 F.3d 401, 402 n.1 (8th Cir.2002) *(*citing *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).

　　Petitioner has failed to make a substantial showing of the denial of any constitutional right on his claims that he is incarcerated for a crime that does not exist in violation of his rights and that he was not properly advised of the elements of the offense, thus rendering his plea of guilty involuntary and not intelligently entered.  However, the Court finds that petitioner has made a substantial showing that his claim regarding ineffective assistance of counsel.

　　The Court will grant the certificate of appealability on the issue of whether petitioner received ineffective assistance of counsel under the Sixth and Fourteenth Amendments to the

United States Constitution by his counsel's failure to properly advise him that his parole eligibility was restricted by the provisions of Ark. Code Ann. § 16-93-611.

The Court will deny the certificate of appealability on the remaining two issues.

Accordingly, petitioner's motion for certificate of appealability is denied in part and granted in part (#16).

IT IS SO ORDERED this   17   day of August , 2005.


                                                                          _____
                                                                          James M. Moody
                                                                          United States District Judge